UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHRISTOPHER COFFER, | No. 2:24-cv-0929 AC P |
| Plaintiff, | |
| v. | ORDER |
| ZOE QUITNER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has requested that defendant Russell[1] be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to dismiss defendant Russell (ECF No. 30) is GRANTED and defendant Russell is DISMISSED from this action;

2. The Unites States Marshal need not make any further attempts at service on defendant Russell; and

////

////

---

[1] Plaintiff has identified defendant as "Russel." ECF No. 1 at 3. However, the Notice of E-Service Waiver from the California Department of Corrections and Rehabilitation reflects that defendant's name is "Russell."

1

3. The Clerk of the Court is directed to forward a copy of this order to the United States Marshal.

DATED: August 13, 2025

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE