UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHRISTOPHER COFFER,<br><br>Plaintiff,<br><br>v.<br><br>ZOE QUITNER, et al.,<br><br>Defendants. | No. 2:24-cv-0929 AC P<br><br><br>ORDER |

On September 30, 2025, a settlement conference was held in this case and the case settled. ECF No. 40. Plaintiff has filed request for clarification into how long it will take for his settlement proceeds to be deposited in his account. ECF No. 53. Plaintiff is advised that it can take up to 180 days for settlement proceeds to be processed.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for clarification (ECF No. 53) is GRANTED to the extent clarification has been provided above.

DATED: December 2, 2025

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE